1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STANDARD FABRICS INTERNATIONAL, INC., | Case No.: CV 15-05514-CBM(SSx) <u>Hon. Consuelo B. Marshall Presiding</u> |
|---|---|
| Plaintiff, | **ORDER ON  STIPULATION TO DISMISS  ACTION WITH PREJUDICE  [JS-6]** |
| vs. | |
| APOLLO APPAREL GROUP, LLC, *et al*., | |
| Defendants. | |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Dated: AUGUST 17, 2016    _____
   HONORABLE CONSUELO B. MARSHALL
   UNITED STATES DISTRICT JUDGE